UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10CR573 HEA |
| | ) | |
| SAKEENA WARD, | ) | |
| DALE RENEE WARD, | ) | |
| ANISHIKA LINAI WARD, and | ) | |
| ROBERT MONTELL SILLS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the Court upon the Defendants' Motions to Continue Trial [Docs. #100,105,106, and 109] and Waivers of Speedy Trial [Docs. #101, 104, 107, and 111].

This Court, upon careful consideration of the motion of Defendant, and on review of the record, finds that the ends of justice would best be served by continuing the trial setting as to Defendants Sakeena Ward, Dale Renee Ward, Anishika Linai Ward, and Robert Montell Sills to May 2, 2011, and that a continuance of these proceedings outweighs the best interest of the public and the defendant in a speedy trial.  Furthermore, failure to grant a continuance would deny counsel for the Defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Defendants have filed with this Court signed Waivers of Speedy Trial under the Speedy Trial Act, 18 U.S.C. §3161, [Docs. #101, 104, 107, and 111].

Concluding that the administration of justice will best be served by continuing this case, the Court will reset trial in this proceeding.

Accordingly,

**IT IS HEREBY ORDERED**, that the trial setting as to Defendants Sakeena Ward, Dale

Renee Ward, Anishika Linai Ward, and Robert Montell Sills is RESET to <u>May 2, 2011</u>, at <u>9:30

a.m.</u>

Dated this 4th day of March, 2011.

_____

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE